IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ROSEMARIE RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:23-CV-225-CL<br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 28 U.S.C. § 2412(D) |

After consideration of Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $5,731.17 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA).

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then they shall payable to Dellert Baird Law Offices, PLLC, electronically or by check.

IT IS SO ORDERED.

DATED this __21__ day of December, 2023.

Mark D. Clarke
UNITED STATES MAGISTRATE JUDGE

Page 1    ORDER
         [3:23-CV-225-CL]